# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TERESA A. CAMERON,**

    Plaintiff,

  -vs-

                                                                                 Case No. 14-C-1046

**CAROLYN COLVIN, Acting
Commissioner of the Social Security
Administration,**[1]

    Defendant.

## DECISION AND ORDER

This matter comes before the Court on Teresa Cameron's motion for leave to proceed *in forma pauperis* on appeal from the denial of her application for social security disability benefits. Cameron's petition demonstrates an inability to pay the costs associated with this lawsuit, and the complaint reveals an actionable claim for relief. 28 U.S.C. § 1915.

Therefore, Cameron's motion [ECF No. 2] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 3rd day of September, 2014.

                                                      **SO ORDERED:**

                                                      */s/ Rudolph T. Randa*
                                                      **HON. RUDOLPH T. RANDA
U.S. District Judge**

---

[1] The plaintiff named the Appeals Council Office of Disability Adjudication and Review as the defendant in this case. The Clerk of Court is directed to amend the caption to reflect that Carolyn Colvin is the proper defendant.